UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIRECT IMAGING SYSTEMS, INC.,

    Plaintiff,

vs.                                            Case No. 8:05-cv-2224-T-24-TGW

U.S. GRAPHIC ARTS, INC., an Arizona
corporation doing business as U.S. Screen
Printing Institute,

    Defendant.
_____

## **O R D E R**

        This cause comes before the Court for consideration of Plaintiff Direct Imaging Systems, Inc.'s Motion for Entry of a Default Judgment, Motion for Entry of a Permanent Injunction, Motion to Strike Defendant's Counterclaims, and Request for Leave to Conduct Limited Third-Party Discovery Relating to Damages. (Dkt. 58.)

        On June 28, 2011, the Court granted defense counsel's motions to withdraw representation from Defendant U.S. Graphic Arts, Inc., as the defendant corporation has dissolved and is no longer in existence. (Dkt. 56.) Because a corporation may appear in this Court only through counsel, and because no other counsel has appeared on behalf of Defendant, the Court directed Plaintiff promptly to move for default or dismissal.

        In the instant motion, Plaintiff seeks a default judgment and injunction against Defendant. Plaintiff also moves the Court for an order striking Defendant's counterclaims, and an extension of time to conduct limited discovery related to damages.

        Plaintiff's requests for a default judgment, an injunction, and an order striking

Defendant's counterclaims must be **DENIED WITHOUT PREJUDICE** because Plaintiff has not yet moved for entry of default against Defendant. Pursuant to Local Rule 1.07(a) and Federal Rule of Civil Procedure 55(a), Plaintiff must first move for entry of default against Defendant, before obtaining a default judgment.

Plaintiff also requests leave to conduct limited discovery to gather information relating to the damages it may recover from Defendant. Plaintiff requests five months to conduct this discovery, as Plaintiff anticipates difficulty in conducting the discovery due to the fact that the defendant corporation is dissolved. For the reasons stated in the motion, Plaintiff's request for leave to conduct discovery is **GRANTED**.

Accordingly, Plaintiff is directed to move for entry of default against Defendant. Once the Clerk enters default, Plaintiff may conduct discovery, as requested. On or before **December 1, 2011**, Plaintiff is directed to move for entry of default judgment, for an injunction, for dismissal of Defendant's counterclaims, and for any other relief that it requests.

**DONE AND ORDERED** at Tampa, Florida, this 8th day of July, 2011.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge