IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIRECT IMAGING SYSTEMS, INC.,
a Florida Corporation,                    Case No. 8:05CV2224-TC24 TGW

    Plaintiff/Counter- Defendant,

v.

US. GRAPHIC ARTS, INC.,
an Arizona Corporation, d/b/a
US. SCREEN PRINTING INSTITUTE,

    Defendant/Counter- Plaintiff.
_____/

## **PLAINTIFF'S MOTION FOR ENTRY OF A CLERK'S DEFAULT**

Plaintiff moves the Clerk for entry of a default against Defendant U.S. Graphic Arts, Inc. pursuant to this Court's Orders [Dkts. 56 & 59] and Fed. R. Civ. P. 55 for Defendant's failure to defend.

July 8, 2011                      Respectfully submitted,

                                    */s/ Woodrow Pollack*
                                    Michael J. Colitz, III, FBN: 164348
                                    Woodrow H. Pollack, FBN: 26802
                                    GrayRobinson, P.A.
                                    201 N. Franklin St., Suite 2200
                                    Tampa, FL 33602
                                    Tel: (813) 273-5000
                                    Fax: (813) 273-5145
                                    michael.colitz@gray-robinson.com
                                    woodrow.pollack@gray-robinson.com
                                    ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2011 I caused the foregoing to be filed with the Court's CM/ECF system. I further certify that a copy of the foregoing has been sent via

First Class U.S. Mail to:

U.S. Graphic Arts, Inc.
1901 E. 5th Street
Tempe, AZ 85281

           */s/ Woodrow Pollack*
           Attorney