UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DIRECT IMAGING SYSTEMS, INC. <br><br> Plaintiff, <br><br> v. <br><br> U.S. GRAPHIC ARTS, INC., etc., et al., <br><br> Defendants. | CASE: 8:05-CV-2224-T-24TGW |

## ORDER

THIS CAUSE came on for consideration upon the Plaintiff's Motion for Entry of a Clerk's Default (Doc. 60) against Defendant U.S. Graphic Arts, Inc., pursuant to Rule 55(a), F.R.Civ. P.

Rule 55(a) provides that "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Defendant U.S. Graphic Arts, Inc., has failed to defend itself (see Doc. 56). Consequently, entry of default is authorized under Rule 55(a), F.R.Civ. P.

It is, therefore, upon consideration,

ORDERED:

That the Plaintiff's Motion for Entry of a Clerk's Default (Doc. 60) be, and the same is hereby, **GRANTED**. Accordingly, the Clerk is **DIRECTED** to enter a default against Defendant U.S. Graphic Arts, Inc., pursuant to Rule 55(a), F.R.Civ.P.

DONE AND ORDERED at Tampa, Florida, this 12th day of July, 2011.

*[signature]*

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE