# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

DIRECT IMAGING SYSTEMS, INC., a Florida Corporation,

        Plaintiff,

-vs-                                Case No. 8:05-cv-2224-T-24TGW

U.S. GRAPHIC ARTS, INC., an Arizona Corporation d/b/a U.S. Screen Printing Institute,

        Defendant.
_____/

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant U.S. Graphic Arts, Inc., in Tampa, Florida, on this 13th day of July, 2011.

                                            SHERYL L. LOESCH, CLERK

                                            By:    D. Saucier
                                                           D. Saucier, Deputy Clerk

Copies furnished to:

Counsel of Record