# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIRECT IMAGING SYSTEMS, INC.,
a Florida corporation,                                    Case No. 8:05CV2224-TC24 TGW

    Plaintiff/Counter- Defendant,

v.

U.S. GRAPHIC ARTS, INC.,
an Arizona corporation, d/b/a
U.S. SCREEN PRINTING INSTITUTE,

    Defendant/Counter- Plaintiff.
_____/

## [PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION

On December 1, 2011, Plaintiff Direct Imaging Systems, Inc. ("Plaintiff") filed a motion for entry of final default judgment against U.S. Graphic Arts, Inc. d/b/a U.S. Screen Printing Institute ("Defendant").  Plaintiff also requested a permanent injunction against Defendant to prevent it from making, using, selling or offering to sell ink jet printing devices that infringe U.S. Patent No. 6,905,628 ("the '628 Patent"), including the Fast T-Jet Standard and Fast T-Jet Jumbo.

After reviewing the complaint, pleadings, moving papers, and being other advised of the premises, the Court enters the following final judgment and permanent injunction:

## FINAL JUDGMENT AND PERMANENT INJUNCTION

**IT IS ORDERED** that a Permanent Injunction issue as follows:

that U.S. Graphic Arts, Inc. d/b/a U.S. Screen Printing Institute, its officers, agents, servants, employees, subsidiaries, attorneys, and those acting in concert with them, are permanently enjoined from further infringement, inducing infringement and/or

1

2

contributory infringement of United States Patent No. 6,905,628 ("the '628 Patent") through the making, using, selling, offering for sale and/or importation of ink jet printing devices which infringe the '628 Patent including, but not limited to, the Fast T-Jet Standard and Fast T-Jet Jumbo;

**IT IS FURTHER ORDERED** that:

any and all of Defendant's counterclaims detailed in its Answer and Counterclaim [Dkt. 15] shall be and are hereby stricken;

that a damage award be entered against U.S. Graphic Arts, Inc. in the amount of $3,000,000;

that attorneys fees be awarded to the Plaintiff in the amount of $21,929;

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over this action for the purposes of enforcing, construing, clarifying, and modifying this Final Judgment and Permanent Injunction.

**DONE AND ORDERED** at Tampa, Florida, this ___th day of December, 2011.

                                                                                     _____
                                                                                     HONORABLE
                                                                                     SUSAN C. BUCKLEW
                                                                                     United States District Judge

# 2646127 v1